THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| **MAURICE CRICHLOW,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFREY THOMPSON; BRANDON L. POLL; DAVIS COUNTY PROSECUTOR'S OFFICE; RICHARD LARSEN; DAVIS COUNTY SHERIFF'S OFFICE; ANDREW OBLAD; and TROY S. RAWLINGS,**<br><br>Defendants. | **ORDER ADOPTING [41] REPORT AND RECOMMENDATION; GRANTING [31] DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; DENYING [35] PLAINTIFF'S MOTION FOR LEAVE TO AMEND; AND DISMISSING ACTION WITH PREJUDICE**<br><br>Case No. 1:23-cv-00061<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

The Report and Recommendation[1] issued by Magistrate Judge Daphne A. Oberg on January 16, 2025 recommends the court (i) grant Defendants' motion for judgment on the pleadings;[2] (ii) deny Plaintiff's motion for leave to file an amended complaint;[3] and (iii) dismiss the case with prejudice.[4] Mr. Crichlow was notified of his right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.[5] As of the date of this order, Mr. Crichlow did not file an objection.[6]

---

[1] R. & R., ECF No. 41, filed January 16, 2025.
[2] ECF No. 31, filed July 9, 2024.
[3] ECF No. 35, filed July 12, 2024.
[4] R. & R. 22.
[5] *Id.* at 22–23.
[6] On January 31, 2025, Mr. Crichlow filed a motion for hearing in response to Magistrate Judge Oberg's Report and Recommendation. ECF No. 42. Aside from being filed after the 14-day deadline, *see* 28 U.S.C. § 636(b)(1)(C); ECF No. 4 (certifying consent to receive service via email), this one-sentence motion is not a cognizable objection. *See United States v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996) (requiring objections to be timely

Because the specified deadline has passed without the filing of a written objection, and because Magistrate Judge Oberg's analysis and conclusion are sound, the court ADOPTS the Report and Recommendation. Accordingly, (i) Defendants' motion for judgment on the pleadings is GRANTED; (ii) Plaintiff's motion for leave to file an amended complaint is DENIED; and (iii) Plaintiff's case is DISMISSED with prejudice.

Signed February 4, 2025.

BY THE COURT

David Barlow
United States District Judge

---

and specific enough to enable the "district judge to focus attention on those issues—factual and legal—that are at the heart of the parties' dispute"); Fed. R. Civ. P. 72(b)(3).